1088

No. 99–1445. SPETH *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–1447. JONES *v.* FRANK ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–1455. ATWELL *v.* ATWELL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 99–1459. DEPLUZER *v.* ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–1460. WATTS *v.* NETWORK SOLUTIONS, INC. C. A. 7th Cir. Certiorari denied.

No. 99–1492. GARRISON *v.* CITY OF WICHITA FALLS ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1513. IN RE KAVALARIS. Sup. Ct. Cal. Certiorari denied.

No. 99–1525. MIZANI, AKA SLATER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–1531. HYLAND *v.* CLINTON, PRESIDENT OF THE UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5793. HARRISON *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 99–6035. TAYLOR *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–6199. COLVIN-EL *v.* NUTH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–6738. VANN *v.* SMALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–7299. WHITE *v.* UNITED STATES; and
No. 99–7523. WHITE ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 194 F. 3d 1307.

No. 99–7407. DANIELS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.